5th Cir. [Certiorari granted, *ante*, p. 1203.] Motion of petitioners to permit Richard Gladden to present oral argument *pro hac vice* granted.

No. 90–8370. MEDINA *v.* CALIFORNIA, *ante*, p. 437;

No. 90–8443. REDD *v.* GEORGIA, *ante*, p. 1218;

No. 91–141. CITY OF ROLLING MEADOWS ET AL. *v.* KUHN ET AL., *ante*, p. 1218;

No. 91–299. CITY OF ZION ET AL. *v.* HARRIS ET AL., *ante*, p. 1229;

No. 91–971. TWO PESOS, INC. *v.* TACO CABANA, INC., *ante*, p. 763;

No. 91–1752. WOOD *v.* FREEDMAN ET AL., *ante*, p. 1206;

No. 91–1757. BUNCH *v.* THOMPSON, WARDEN, *ante*, p. 1230;

No. 91–1809. TUNIS BROTHERS CO., INC., ET AL. *v.* FORD MOTOR CO. ET AL., *ante*, p. 1221;

No. 91–1914. SHORE *v.* COMMISSIONER OF INTERNAL REVENUE, *ante*, p. 1222;

No. 91–5450. HITCHCOCK *v.* FLORIDA, *ante*, p. 1215;

No. 91–6076. BELTRAN-LOPEZ *v.* FLORIDA, *ante*, p. 1215;

No. 91–6382. SAWYER *v.* WHITLEY, WARDEN, *ante*, p. 333;

No. 91–7170. HENRY *v.* FLORIDA, *ante*, p. 1216;

No. 91–7273. DAVIS *v.* FLORIDA, *ante*, p. 1216;

No. 91–7598. HILL, AKA ROBINSON *v.* UNITED STATES, 504 U. S. 975;

No. 91–7634. GASKIN *v.* FLORIDA, *ante*, p. 1216;

No. 91–7818. McGEE *v.* SCREW CONVEYOR CORPORATION OF WINONA, MISSISSIPPI, *ante*, p. 1207;

No. 91–7939. TURNER *v.* OKLAHOMA, 504 U. S. 960;

No. 91–8024. URDENIS *v.* THERMAL INDUSTRIES, INC., 504 U. S. 987;

No. 91–8029. LYLE ET VIR *v.* DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES, 504 U. S. 988;

No. 91–8037. YOUNG *v.* UNITED STATES ET AL., *ante*, p. 1208;

No. 91–8070. SCOTT *v.* DIME SAVINGS BANK OF NEW YORK, 504 U. S. 988;

No. 91–8091. WILLIAMS *v.* FAUVER ET AL., *ante*, p. 1208;

No. 91–8144. DEMPSEY *v.* MASSACHUSETTS, *ante*, p. 1209;

No. 91–8164. REESE *v.* LOVE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, *ante*, p. 1224;

No. 91–8185. GAYDOS *v.* GAYDOS ET AL., *ante,* p. 1225;

No. 91–8223. KISKILA ET VIR *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE, ET AL., *ante,* p. 1225;

No. 91–8227. BAKER *v.* MILLER ET AL., *ante,* p. 1225;

No. 91–8236. KUDRAKO *v.* ALLSTATE INSURANCE CO., *ante,* p. 1226;

No. 91–8372. ARNETTE *v.* CHIEF OF POLICE, TOWN OF MC-COLL, SOUTH CAROLINA, ET AL., *ante,* p. 1227;

No. 91–8396. BORROMEO *v.* UNITED STATES, *ante,* p. 1212;

No. 91–8398. STEFFENS *v.* DERWINSKI, SECRETARY OF VETERANS AFFAIRS, *ante,* p. 1227; and

No. 91–8465. JUSINO *v.* UNITED STATES, *ante,* p. 1228. Petitions for rehearing denied.

No. 91–1709. IN RE MILLS, 504 U. S. 971. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

No. 91–5550. FAIN *v.* IDAHO, 504 U. S. 987. Petition for rehearing denied. JUSTICE BLACKMUN would call for a response to the petition for rehearing.

No. 91–7390. ESPINOSA *v.* FLORIDA, *ante,* p. 1079. Petition for rehearing of petitioner denied. Petition for rehearing of respondent denied.

SEPTEMBER 8, 1992

No. A–191 (O. T. 1992). FOX *v.* CHILES, GOVERNOR OF FLORIDA, ET AL. Application for emergency relief, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

SEPTEMBER 15, 1992

No. 92–5843 (A–209). JONES *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

No. 92–5855 (A–215). JONES *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. Sup. Ct. Va. Application for